# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal Action No. 4:17CR83 |
| § | (Judge Crone/Judge Nowak) |
| JERRY LYNN COLEMAN (1) § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 9, 2020, the report of the Magistrate Judge (Dkt. #178) was entered, containing proposed findings of fact and recommendations that Petitioner's Motion to Appoint Substitute Counsel (Dkt. #172) be transferred to the Fifth Circuit Court of Appeals for consideration and resolution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Petitioner's Motion to Appoint Substitute Counsel (Dkt. #172) is transferred to the Fifth Circuit Court of Appeals for consideration and resolution.

**IT IS SO ORDERED**.

SIGNED at Beaumont, Texas, this 3rd day of June, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE